IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-45-1F
No. 5:04-CR-45-2F
No. 5:04-CR-45-3F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| BRANDON JAY BRASWELL ) | |
| LOUIS ANDREW GUARASCIO ) | |
| MARQUETTE DEVON APPLEWHITE ) | |

At the direction of the Court, and for the continued efficient administration of justice, this case is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, as to all defendants for all further proceedings. **All future documents shall reflect the revised case number of 5:04-CR-45-BO.**

SO ORDERED. This the 11th day of March, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court